1

2

3

4

5

6

7      UNITED STATES DISTRICT COURT
       WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9

10     DOUGLAS MUNDLE,                    CASE NO. C24-0893JLR

11                    Plaintiff,          MINUTE ORDER
               v.
12
       DOXO INC. et al.,
13
                      Defendants.
14

15         The following minute order is made by the direction of the court, the Honorable

16  James L. Robart:

17  //

18  //

19  //

20  //

21  //

22  //

MINUTE ORDER - 1

1       This case is hereby transferred to the Honorable Jamal N. Whitehead as related to

2    cause number C24-0569JNW.  All future pleadings shall bear the cause number

3    C24-0893JNW.

4       Filed and entered this  16th day of July, 2024.

5

6                  RAVI SUBRAMANIAN
                       Clerk of Court

7                  s/ Ashleigh Drecktrah
                       Deputy Clerk

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

MINUTE ORDER - 2