UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOUGLAS MUNDLE and PAMELA KNIGHT, individually and on behalf of all persons similarly situated,

Plaintiffs,

v.

DOXO, INC., a corporation; STEVEN SHIVERS, individually and as an officer of DOXO, Inc.; and ROGER PARKS, individually and as an officer of DOXO, Inc.,

Defendants.

C24-0893 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The Parties' Stipulated Protective Order, docket no. 40, and Agreement Regarding Discovery of Electronically Stored Information, docket no. 41, are ADOPTED in full by the Court.

(2) After considering the Parties' Joint Status Report, docket no. 34, discovery is hereby STAYED pending resolution of Defendants' Motion to Dismiss, docket no. 27.

(3) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 19th day of February, 2025.

Ravi Subramanian
Clerk

s/Laurie Cuaresma
Deputy Clerk

MINUTE ORDER - 1